ACCEPTED
01-14-00447-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 3:10:00 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00447-CV

_____

# In the Court of Appeals
# First District of Texas
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/23/2015 3:10:00 PM

CHRISTOPHER A. PRINE
Clerk

_____

ELBAR INVESTMENTS, INC.,

APPELLANT

V.

GARDEN OAKS MAINTENANCE ORGANIZATION,

APPELLEE

_____

*Appealed from Cause No. 2011-67560*
*269th District Court*
*of Harris County, Texas*
*Honorable Dan Hinde, Judge Presiding*

_____

NOTICE OF APPEARANCE OF COUNSEL

_____

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Tex. R. App. P. 6.2, Appellee Garden Oaks Maintenance Organization submits this Notice of Attorney Appearance for the following additional counsel to represent Appellee in this case:

David K. Anderson
SBT No. 01174100
ANDERSON & CUNNINGHAM, P.C.
Four Houston Center
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-655-0260
david@andersonlawfirm.com

Respectfully submitted

*/s/ W. Austin Barsalou*

_____

W. Austin Barsalou
SBT No. 01835900
BARSALOU & ASSOCIATES, P.L.L.C.
4635 Southwest Freeway, Ste. 580
Houston, Texas 77027
Telephone: 713-652-5044
FAX: 713-650-8745
abarsalou@barsalou.com

David K. Anderson
SBT No. 01174100
ANDERSON & CUNNINGHAM, P.C.
Four Houston Center
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-655-0260
david@andersonlawfirm.com

**ATTORNEYS FOR APPELLEE**
**GARDEN OAKS MAINTENANCE**
**ORGANIZATION**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Appearance has been served on Appellant's counsel, Jerel S. Twyman, by electronic service through this Court's electronic service provider on the 23rd day of November, 2015.

*/s/ W. Austin Barsalou*

_____

W. Austin Barsalou